### 17566.   McDADE *v.* ADAMS.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only; the verdict was authorized by the evidence, and the refusal to grant a new trial was not error.
*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED DECEMBER 14, 1926.

Complaint; from city court of Barnesville—Judge Persons presiding. May 22, 1926.

*B. H. Manry,* for plaintiff in error. *Claude Christopher,* contra.

Appeal and Error, 4 C. J. p. 852, n. 56; p. 905, n. 41.